IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHARON S. RHODES,

    Plaintiff,

v.                              CASE NO.: 4:10cv254-SPM/WCS

GULF COAST FACILITIES, LLC,

    Defendant.

_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration, Defendant's Unopposed Motion for Extension of Time (doc. 9) is granted. Defendant shall have up to and including August 12, 2010, to file and serve a response to the complaint.

SO ORDERED this 2nd day of August, 2010.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              Chief United States District Judge