IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHARON S. RHODES,

      Plaintiff,

v.                          CASE NO.: 4:10cv254-SPM/WCS

GULF COAST FACILITIES, LLC,

      Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the Mediator Report (doc. 30), advising that this case has settled, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1. This case is dismissed with prejudice.

2. The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 2nd day of May, 2011.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge